IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FELISIA THIBODEAUX,

    Plaintiff,

v.

MERCY HOUSING INC.,

    Defendant.
_____/

No. C 04-02009 JSW

**ORDER SETTING MOTION HEARING DATE AND SETTING BRIEFING SCHEDULE**

On September 6, 2005, Defendant filed a motion for summary judgment and noticed the motion for hearing on October 14, 2005.  The Court HEREBY ORDERS that Plaintiff's opposition shall be due on September 23, 2005, and Defendant's reply, if any, shall be due on September 30, 2005.  The Court further ORDERS the hearing date on the motion shall be October 28, 2005 at 9:00 a.m.  If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of that hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 6, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
by HON. PHYLLIS J. HAMILTON