IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FELICIA THIBODEAUX,

    Plaintiff,

v.

MERCY HOUSING, INC.,

    Defendant.

No. C 04-02009 JSW

**ORDER VACATING HEARING DATE ON MOTION FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE ON MOTION TO AMEND**

    The Court having received Defendant's motion for summary judgment and Plaintiff's motion to amend the complaint, finds that Plaintiff's motion should be addressed in advance of ruling on the motion for summary judgment. Therefore, the hearing date for Defendant's motion for summary judgment of October 28, 2005 at 9:00 a.m. is HEREBY VACATED.

    Immediately following the hearing on Plaintiff's motion to amend on December 2, 2005 at 9:00 a.m., the Court will conduct a further case management conference and set a hearing date on Defendant's motion for summary judgment.

    In addition, the Court HEREBY ORDERS that Defendant's opposition brief to the motion to amend shall be due on October 14, 2005, and Plaintiff's reply, if any, shall be due on October 21, 2005. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the December 2, 2005 hearing date and will

set a hearing on the motion for summary judgment at that time. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 3, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE