JOHN A. KOEPPEL (SBN 71526)
JUNG H. PARK (SBN 209473)
ROPERS, MAJESKI, KOHN & BENTLEY
333 Market Street, Suite 3150
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 274-6301
Email: jkoeppel@ropers.com

Attorneys for Defendant MERCY SERVICES CORPORATION (erroneously sued as MERCY HOUSING, INC.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELISIA THIBODEAUX,<br><br>Plaintiff,<br><br>v.<br><br>MERCY HOUSING, INC.,<br><br>Defendant. | CASE NO. C 04-2009 JSW<br><br>**STIPULATION AND ORDER TO FILE OPPOSITION AND REPLY BRIEFS TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**<br><br>Date : December 2, 2005<br>Time : 9:00 a.m.<br>Dept. : Courtroom 2, 17th Floor |

Pursuant to the Court's Order, the parties' Opposition and Reply Briefs to plaintiff's Motion to Amend Complaint are due on October 14, 2005, and October 21, 2005, respectively. Plaintiff Felisia Thibodeaux and defendant Mercy Services Corporation hereby stipulate that the deadlines be continued to November 4, 2005, for defendant to file its Opposition, and November 18, 2005, for plaintiff to file her Reply. The hearing date of December 2, 2005, would remain the same.

**SO STIPULATED.**

Dated: October 7, 2005

LEWIS & JOHNSON

By: /s/
WILLIAM G. LEWIS
Attorneys for Plaintiff FELISIA THIBODEAUX

SF/187960 1/VS2     - 1 -     STIPULATION AND ORDER TO FILE OPPOSITION AND REPLY BRIEFS TO PLAINTIFF'S MOTION TO AMEND COMPLAINT (CASE NO. C04 02009 JSW

Dated: October 7, 2005         ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
JOHN A. KOEPPEL
JUNG H. PARK
Attorneys for Defendant MERCY SERVICES
CORPORATION (erroneously sued as MERCY
HOUSING, INC.)

~~SO ORDERED.~~  Absent a showing of good cause, such stipulation is DENIED.

Dated: October 7, 2005

_____
JEFFREY S. WHITE
JUDGE, U.S. District Court