JOHN A. KOEPPEL (SBN 71526)
JUNG H. PARK (SBN 209473)
ROPERS, MAJESKI, KOHN & BENTLEY
333 Market Street, Suite 3150
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 274-6301
Email: jkoeppel@ropers.com

Attorneys for Defendant MERCY SERVICES CORPORATION (erroneously sued as MERCY HOUSING, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELISIA THIBODEAUX,<br><br>Plaintiff,<br><br>v.<br><br>MERCY HOUSING, INC.,<br><br>Defendant. | CASE NO. C 04-2009 JSW<br><br>***AMENDED*** STIPULATION AND ORDER TO FILE OPPOSITION AND REPLY BRIEFS TO PLAINTIFF'S MOTION TO AMEND COMPLAINT<br><br>Date : December 2, 2005<br>Time : 9:00 a.m.<br>Dept. : Courtroom 2, 17th Floor |

Pursuant to the Court's Order, the parties' Opposition and Reply Briefs to plaintiff's Motion to Amend Complaint are due on October 14, 2005, and October 21, 2005, respectively. Plaintiff Felisia Thibodeaux and defendant Mercy Services Corporation hereby stipulate that the deadlines be continued to November 4, 2005, for defendant to file its Opposition, and November 18, 2005, for plaintiff to file her Reply. The hearing date of December 2, 2005, would remain the same.

///
///
///
///
///

SF/1879602/VS2 - 1 - *AMENDED* STIPULATION AND ORDER TO FILE OPPOSITION AND REPLY BRIEFS TO PLAINTIFF'S MOTION TO AMEND COMPLAINT (CASE NO. C04 02009 JSW

The parties have agreed to mediate this case on October 24, 2005. The parties believe that the case may be resolved at that time and they would like to avoid further costs in preparing an opposition and a reply to plaintiff's motion to amend.

**SO STIPULATED.**

Dated: October 11, 2005

LEWIS & JOHNSON

By: /s/
WILLIAM G. LEWIS
Attorneys for Plaintiff FELISIA THIBODEAUX

Dated: October 11, 2005

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
JOHN A. KOEPPEL
JUNG H. PARK
Attorneys for Defendant MERCY SERVICES CORPORATION (erroneously sued as MERCY HOUSING, INC.)

**SO ORDERED:**

Dated: October 11, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
JUDGE, U.S. District Court

SF/187960 2/VS2

- 2 -

AMENDED STIPULATION AND ORDER TO FILE
OPPOSITION AND REPLY BRIEFS TO PLAINTIFF'S MOTION
TO AMEND COMPLAINT (CASE NO. C04 02009 JSW)