| | |
|---|---|
| 1 | JOHN A. KOEPPEL (SBN 71526) |
| | JUNG H. PARK (SBN 209473) |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | 333 Market Street, Suite 3150 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 543-4800 |
| 4 | Facsimile: (415) 274-6301 |
| | Email: jkoeppel@ropers.com |
| 5 | |
| | Attorneys for Defendant MERCY SERVICES |
| 6 | CORPORATION (erroneously sued as MERCY |
| | HOUSING, INC.) |

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELISIA THIBODEAUX, | CASE NO. C 04-2009 JSW |
| Plaintiff, | **STIPULATION AND ORDER TO REMOVE FROM CALENDAR, PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| MERCY HOUSING, INC., | |
| Defendant. | |

Plaintiff Felisia Thibodeaux and defendant Mercy Services Corporation (erroneously sued herein as Mercy Housing, Inc.), through their attorneys of record, have agreed to the following:

1. Plaintiff has pending her motion for leave to amend the complaint. The motion is to be heard on December 2, 2005.

2. The court has ordered a Further Case Management Conference for December 2, 2005 at which time Defendant's Motion for Summary Judgment would be addressed. .

3. The parties have recently reached a settlement in this matter. The parties expect that the dismissal with prejudice, pursuant to Rule 41 will be filed with the Court by December 19, 2005.

4. Accordingly, the parties stipulate to remove the remaining matters scheduled by this court be vacated to allow the parties to complete the settlement documentation and for the filing

C:\Documents and Settings\jp5\My Documents\Stipulation.doc

- 1 -

**STIPULATION AND ORDER (CASE NO. C04 02009 JSW**

of a Rule 41 Motion.

5. Facsimile signatures to this Stipulation will have the same effect as original signatures and can be filed in counterpart.

**SO STIPULATED.**

Dated: November ____, 2005

LEWIS & JOHNSON

By: _____
ELIZ. C.A. JOHNSON
Attorneys for Plaintiff FELISIA THIBODEAUX

Dated: November ____, 2005

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
JOHN A. KOEPPEL
JUNG H. PARK
Attorneys for Defendant MERCY SERVICES CORPORATION (erroneously sued as MERCY HOUSING, INC.)

**SO ORDERED:**

Dated: November ____, 2005

_____
JEFFREY S. WHITE
JUDGE, U. S. District Court

1  of a Rule 41 Motion.

2      5.  Facsimile signatures to this Stipulation will have the same effect as original
3  signatures and can be filed in counterpart.

5  **SO STIPULATED.**

7  Dated: November ___, 2005          LEWIS & JOHNSON

9  By: _____
    ELIZ. C.A. JOHNSON
    Attorneys for Plaintiff FELISIA THIBODEAUX

12  Dated: November 22, 2005         ROPERS, MAJESKI, KOHN & BENTLEY

14  By: _____
    JOHN A. KOEPPEL
    JUNG H. PARK
    Attorneys for Defendant MERCY SERVICES
    CORPORATION (erroneously sued as MERCY
    HOUSING, INC.)

18  **SO ORDERED:**

20  Dated: November 23, 2005

    _____
    JEFFREY S. WHITE
    JUDGE, U. S. District Court