1   JOHN A. KOEPPEL (SBN 71526)
2   JUNG H. PARK (SBN 209473)
    ROPERS, MAJESKI, KOHN & BENTLEY
    333 Market Street, Suite 3150
3   San Francisco, CA  94105
    Telephone:    (415) 543-4800
4   Facsimile:    (415) 274-6301
    Email:        jkoeppel@ropers.com
5
6   Attorneys for Defendant MERCY SERVICES
    CORPORATION (erroneously sued as MERCY
7   HOUSING, INC.)

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  FELISIA THIBODEAUX,                    CASE NO.  C 04-2009 JSW

12               Plaintiff,

13        v.                               **STIPULATION AND ORDER
                                           DISMISSING ACTION**
14  MERCY HOUSING, INC.,

15               Defendant.

16

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

SF/189570.1/VS2                    - 1 -        STIPULATION AND ORDER DISMISSING THIS CASE
                                                CASE NO. C04 02009 JSW

Plaintiff Felisia Thibodeaux and defendant Mercy Services Corporation have negotiated a settlement in this case.  The parties stipulate to dismiss this case with prejudice.

**SO STIPULATED.**

Dated: December ___, 2005          LEWIS & JOHNSON

                                   By: _____
                                   ELIZ. C. A. JOHNSON
                                   Attorneys for Plaintiff FELISIA THIBODEAUX

Dated: December ___, 2005          ROPERS, MAJESKI, KOHN & BENTLEY

                                   By: _____
                                   JOHN A. KOEPPEL
                                   JUNG H. PARK
                                   Attorneys for Defendant MERCY SERVICES
                                   CORPORATION (erroneously sued as MERCY
                                   HOUSING, INC.)

**SO ORDERED:**

Dated: December 1, 2005

                                   _____
                                   JEFFREY S. WHITE
                                   JUDGE, U. S. District Court

SF/189570.1/VS2                    - 2 -          STIPULATION AND ORDER DISMISSING THIS CASE
                                                 CASE NO. C04 02009 JSW

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco